| TIMOTHY BLAKES | * | NO. 2021-CA-0572 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| HALLMARK SPECIALTY INSURANCE COMPANY AND | * | FOURTH CIRCUIT |
| GERMAINE DAVIS | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**LOBRANO, J. DISSENTS AND ASSIGNS REASONS.**

I respectfully dissent and would grant Mr. Blakes' rehearing application for the reasons set forth in my original dissent.